MEMORANDUM OPINION


No. 04-04-00626-CR


William RILEY,

Appellant


v.


The STATE of Texas,

Appellee


From the 290th Judicial District Court, Bexar County, Texas

Trial Court No. 1999-CR-5853

Honorable Sharon MacRae, Judge Presiding


PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 

Delivered and Filed: September 22, 2004


DISMISSED


 The appellant has filed a motion to dismiss this appeal. The motion is GRANTED, and the
appeal is dismissed. See Tex. R. App. P. 42.2(a). 

 PER CURIAM

DO NOT PUBLISH